**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil File No. 07-CV-3172 RHK/AJB**

---

DONNA BILDERBACK,

       Plaintiff,

                                **ORDER**

vs.

DEBT EQUITIES, LLC,

       Defendant.

---

## ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                    **BY THE COURT**

Dated:   10/4/07                          s/Richard H. Kyle
                                                       The Honorable Richard H. Kyle
                                                       Senior Judge of United States District Court